**Order entered January 21, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01213-CV

## CHRISTOPHER WREH, Appellant

## V.

## ALEX GIANOTOS, BOSTEN GOLDSCHMIED, & BG INCORPORATED, Appellees

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-05068-D**

## ORDER

This is an appeal from a judgment of possession. The judgment recites it was signed on September 26, 2016, but the suit was filed, and heard, in 2019.

On December 19, 2019, we directed appellant to obtain a judgment nunc pro tunc which accurately reflects the date the judgment was signed. *See In re Marriage of Russell*, 556 S.W.3d 451, 455 (Tex. App.—Houston [14th Dist.] 2018, no pet.) (incorrectly stated date is clerical error which trial court can correct any time). We further directed appellant to have filed, no later than January 17, 2020, a supplemental clerk's record containing a copy of the revised judgment.

By motion filed January 15, 2020, appellant informs the Court he has not been able to obtain the revised judgment and asks we extend the deadline and order the trial court to correct

the judgment. Alternatively, appellant asks we dismiss the "case with the Judgment being Null and Void UPON its face."

We **GRANT** the motion to the extent we **EXTEND** the deadline for filing a supplemental clerk's record containing a copy of the corrected judgment to February 18, 2020. On our own motion, we **SUSPEND** the deadline for filing appellant's brief on the merits until further order of the Court.

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Paula M. Rosales, Presiding Judge of County Court at Law No. 4, and the parties.

/s/ KEN MOLBERG
JUSTICE